UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

NORCAST                                                   Docket  Number: 12 CV 4973 (PAC)

               -against-                                  NOTICE OF REASSIGNMENT

CASTLE HARLAN

--------------------------------------------------------

        The above-entitled action is:

[  X  ]Reassigned to the Hon. PAUL A. CROTTY (PAC)

[    ] Reassigned Referral to Hon.                      ,Magistrate Judge

[    ] Reassigned Designation to Hon.                      ,Magistrate Judge

All further documents submitted in this action must bear the Judge's initials after the docket
number

The attorney(s) for the plaintiff(s), or pro se plaintiff (s), is directed to serve a copy of this Notice
of Reassignment on all defendants.

                                                         Ruby J. Krajick
                                                         Clerk of Court

Dated: 06/27/2012                          By:     PHYLLIS ADAMIK
                                                   Deputy Clerk