JUDGE FORREST

**12 CIV 4973**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x

NORCAST S.AR.L.,

              Plaintiff,

   against

CASTLE HARLAN, INC.

              Defendant.

-------------------------------------------------------- x

Civ. A. No.:

RULE 7.1 STATEMENT

[Stamp: JUN 25 2012 U.S.D.C. S.D.N.Y. CASHIERS]

## RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT CASTLE HARLAN, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Castle Harlan, Inc. (a private non-governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of Castle Harlan, Inc. that are publicly held.

Dated: New York, New York
         June 25, 2012

Respectfully submitted,

*[signature]*

Scott D. Musoff
Timothy G. Nelson
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036-6522
Phone: (212) 735-3000
Fax: (212) 735-2000

*Counsel for Castle Harlan, Inc.*