UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- x
NORCAST S.A.R.L.

             : 12 Civ. 4973
      Plaintiff,
             : AFFIDAVIT OF SERVICE
  - against -
             :
CASTLE HARLAN, INC.,
             :
      Defendant.
---------------------------------- x

STATE OF NEW YORK )
         : ss.:
COUNTY OF NEW YORK )

  Julie M. Thaxton, being duly sworn, deposes and says:

  1. I am not a party to the action, am over 18 years of age and am employed by Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, NY 10036.

  2. On June 25, 2012, I served a true copy of the

- *Notice of Removal,*
- *Individual Practices in Civil Cases of Katherine B. Forrest, United States District Judge* and
- *Electronic Case Filing Rules and Instructions*

by first-class mail by depositing same in a post-paid properly addressed envelope, in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York upon:

      Scott S. Barber
      Chadbourne & Parke LLP
      30 Rockefeller Plaza
      New York, NY 10112

               _____
               Julie M. Thaxton

Sworn to before me this
25th day of June 2012

_____
Stephen J. Kubinec
Notary Public, State of New York
No. 04KU4982966
Qualified in New York County
Commission Expires July 23, 2013