USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 09 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
NORCAST S.AR.L.,

                Plaintiff,

    -v-

CASTLE HARLAN, INC.,

                Defendant.
------------------------------------------X

12 Civ. 4973 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

This action having been removed to this Court by defendant Castle Harlan, Inc. on June 25, 2012, pursuant to 9 U.S.C. § 205 on the grounds that a contract between the parties requires arbitration of all claims, it is hereby

ORDERED that the parties confer regarding a schedule on which to brief defendant's anticipated motion to compel arbitration, having such briefing complete no later than August 17, 2012. The parties shall provide the proposed briefing schedule in a letter to the Court via email (attached as a pdf) at ForrestNYSDChambers@nysd.uscourts.gov no later than July 16, 2012.

IT IS FURTHER ORDERED defendant is directed to serve a copy of this Order on plaintiff and to file proof of such service with the Court.

SO ORDERED:

Dated:   New York, New York
         July 9, 2012

_____
KATHERINE B. FORREST
United States District Judge