UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------- x
NORCAST S.A.R.L.,

                    Plaintiff,

- against -

CASTLE HARLAN, INC.,

                    Defendant.
----------------------------------- x

12 Civ. 4973

CERTIFICATE OF SERVICE

The undersigned, an attorney duly admitted to practice law before this Court, hereby certifies under penalty of perjury, that on July 9, 2012, I caused a true copy of the *Order signed by Judge Katherine B. Forrest on July 9, 2012* to be served upon the following party as indicated:

By Hand Delivery

Scott S. Barber
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

Dated: New York, New York
        July 9, 2012

_____
Steven Ray Katzenstein