## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE
NEW YORK 10036-6522
—
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
(212) 735-7852
DIRECT FAX
(212) 777-7852
EMAIL ADDRESS
SCOTT.MUSOFF@SKADDEN.COM

FIRM/AFFILIATE OFFICES
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
—
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

July 13, 2012

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-17-12

**By Email (CrottyNYSDChambers@nysd.uscourts.gov)**
Hon. Paul A. Crotty, U.S.D.J.
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

RE:   *Norcast S.àr.l. v. Castle Harlan, Inc.*, Civ. No. 12-4973

Dear Judge Crotty:

      We represent Defendant Castle Harlan, Inc. ("Castle Harlan") in the above-referenced matter. Pursuant to Your Order dated July 11, 2012, we have met and conferred with counsel for Plaintiff Norcast S.àr.l. ("Norcast") and jointly propose the following briefing schedule for Castle Harlan's contemplated motion to dismiss and/or stay in favor of arbitration and Norcast's contemplated motion to remand:

| | |
|---|---|
| July 18 | Castle Harlan serves/files motion to dismiss and/or stay in favor of arbitration |
| August 6 | Norcast serves/files motion to remand and opposition to motion to dismiss |
| August 17 | Castle Harlan serves/files opposition to motion to remand and reply in further support of motion to dismiss |
| August 27 | Norcast serves/files reply in further support of motion to remand |

As stated in the Order, all other dispositive motions will be held in abeyance pending the Court's ruling on these motions.


SO ENDORSED

The ~~parties also propose~~ that each be permitted to file a total of 50 pages, to be split in any fashion between ~~each party's two briefs.~~ *DENIED*

*The Co*

Respectfully submitted,

*Scott D. Musoff /ca*
Scott D. Musoff

cc: Scott Balber, Esq./Jonathan Cross Esq. (by email)

*The Court adopts the proposed schedule*

*The Court does not waive the page limitations and directs that the limits be adhered to. The request in the final para. is DENIED*

SO ORDERED: 7-17-12

_____
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE