Scott D. Musoff
Timothy G. Nelson
Elizabeth A. Hellmann
Shannon T. Lazzarini
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036-6522
Phone: (212) 735-3000
Fax: (212) 735-2000
Email:Scott.Musoff@skadden.com
        Timothy.G.Nelson@skadden.com

*Counsel for Castle Harlan, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

| | |
|---|---|
| NORCAST S.ÀR.L., | |
| Plaintiff, | Civ. A. No.: 12 Civ 4973 (PAC) |
| | **ECF CASE** |
| - against - | **Electronically filed** |
| CASTLE HARLAN, INC. | **NOTICE OF MOTION** |
| Defendant. | |

------------------------------------x

PLEASE TAKE NOTICE that, upon Castle Harlan, Inc.'s accompanying Memorandum of Law in Support of its Motion to Dismiss, or in the Alternative, Stay All Claims in Favor of International Arbitration, the accompanying Declaration of Timothy G. Nelson, dated July 18, 2012, and the exhibits thereto, and all prior papers and proceeding herein, defendant Castle Harlan, Inc. will move this Court, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and at a time designated by the Court, for an Order pursuant to Chapter II of the Federal Arbitration Act, 9 U.S.C. § 201-08: (1) compelling international arbitration pursuant to 9 U.S.C. § 206 of all of Plaintiff's claims according to the Rules of the London Court of International

Arbitation ("LCIA"); and (2) dismissing the Complaint and/or staying this action in its entirety pending the outcome of said LCIA arbitration.

Dated: July 18, 2012
      New York, New York

                                      Respectfully submitted,

                                      Scott D. Musoff
                                      Timothy G. Nelson
                                      Elizabeth A. Hellmann
                                      Shannon T. Lazzarini
                                      SKADDEN, ARPS, SLATE,
                                        MEAGHER & FLOM LLP
                                      Four Times Square
                                      New York, New York 10036-6522
                                      Phone:  (212) 735-3000
                                      Fax:  (212) 735-2000

                                      *Counsel for Castle Harlan, Inc.*

To:
Scott Balber, Esq.
Jonathan Cross, Esq.
Chadbourne & Park LLP
30 Rockefeller Plaza
New York, NY 10112

*Attorneys for Plaintiff*
*Norcast S.àr.l.*