UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
NORCAST S.Á.R.L.,

                        Plaintiff,

      - against -

CASTLE HARLAN, INC.,

                        Defendant.
------------------------------------ x

Civ. A. No.: 12 Civ. 4973 (PAC)

ECF Case
Electronically Filed

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                   : ss.:
COUNTY OF NEW YORK  )

        Brian E. Keating, being duly sworn, deposes and says:

        1. I am not a party to the action, am over 18 years of age and am employed by Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, NY 10036.

        2. On July 18, 2012, I served a true copy of the

- *Notice of Motion,*
- *Declaration of Timothy G. Nelson dated July 18, 2012 with the exhibits annexed thereto* and
- *Memorandum of Law in Support of Defendant's Motion to Dismiss and/or Stay This Action in Favor of International Arbitration*

by first-class mail by depositing same in a post-paid properly addressed envelope, in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York upon:

                        Scott Balber, Esq.
                        Jonathan Cross, Esq.
                        Chadbourne & Park LLP
                        30 Rockefeller Plaza
                        New York, NY 10112

                                                               _____
                                                               Brian E. Keating

Sworn to before me this
19th day of July 2012.

_____
Stephen J. Kubinec
Notary Public, State of New York
No. 04KU4982966
Qualified in New York County
Commission Expires July 23, 2013