AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| NORCAST S.AR.L., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 12 Civ. 4973 (PAC) |
| CASTLE HARLAN, INC. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Norcast S.ar.l.

Date:   08/06/2012

/s/ Scott S. Balber
*Attorney's signature*

Scott S. Balber, SB-5807
*Printed name and bar number*

30 Rockefeller Plaza
New York, New York 10112
*Address*

sbalber@chadbourne.com
*E-mail address*

(212) 408-5100
*Telephone number*

(212) 541-5369
*FAX number*