UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

---

NORCAST S.AR.L.,

                            Plaintiff,

        -against-

CASTLE HARLAN, INC.

                           Defendant.

Case No. 12 Civ. 4973 (PAC)

**RULE 7.1 STATEMENT**

---

      Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable the District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, I, the undersigned counsel of record for Norcast S.àr.l. ("Norcast"), (a private non-governmental party) certify that to the best of my knowledge and belief, Norcast's parent company is Pala Investments Holdings Limited.  Norcast has no parent companies, subsidiaries, or affiliates that have any outstanding securities in the hands of the public.

Dated:   New York, New York
            August 6, 2012

                                          CHADBOURNE & PARKE LLP

                                          By    */s/ Scott S. Balber*
                                                  Scott S. Balber (SB-5807)
                                                  A Member of the Firm
                                                  30 Rockefeller Plaza
                                                  New York, New York 10112
                                                  Tel. (212) 408-5100
                                                  Fax (212) 541-5369
                                                  sbalber@chadbourne.com
                                                  Attorneys for Plaintiff