UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORCAST S.AR.L., | |
| Plaintiff, | |
| -against- | Case No. 12 Civ. 4973 (PAC) |
| CASTLE HARLAN, INC. | **NOTICE OF CROSS-MOTION TO REMAND** |
| Defendant. | |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Opposition to Defendant's Motion to Dismiss and in Support of Plaintiff's Cross-Motion to Remand, dated August 6, 2012, Norcast S.àr.l. will move this Court before the Honorable Paul A. Crotty, U.S.D.J., for an order remanding this action to the Commercial Division of the New York Supreme Court, New York County, pursuant to 28 U.S.C. § 1447(c) and for lack of subject-matter jurisdiction, and granting Plaintiff reasonable costs and attorneys' fees incurred as a result of removal pursuant to 28 U.S.C. § 1447(c), and such other and further relief as this Court may deem just and proper.

Dated:   New York, New York
         August 6, 2012

                                    CHADBOURNE & PARKE LLP

                                    By       *s/Scott S. Balber*
                                             Scott S. Balber
                                          A Member of the Firm
                                       30 Rockefeller Plaza
                                       New York, New York 10112
                                       Tel. (212) 408-5100
                                       Fax (212) 541-5369
                                       sbalber@chadbourne.com
                                       Attorneys for Plaintiff

2

TO:  Scott D. Musoff
     Timothy G. Nelson
     Shannon T. Lazzarini
     SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
     Four Times Square
     New York, New York 10036-6522
     (212) 735-3000
     Scott.Musoff@skadden.com
     Timothy.G.Nelson@skadden.com
     Shannon.Lazzarini@skadden.com