UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

NORCAST S. ar. L.,

            Plaintiff,

Case No. 12-cv-4973

-against-

CASTLE HARLAN, INC.,

           Defendant.

------------------------------------------------------

**NOTICE OF CHANGE OF ADDRESS**

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending    [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

           Jonathan C. Cross
           FILL IN ATTORNEY NAME

My SDNY Bar Number is: JC2253    My State Bar Number is 4076139

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Chadbourne & Parke LLP
           FIRM ADDRESS: 30 Rockefeller Plaza, New York, NY 10112
           FIRM TELEPHONE NUMBER: 212-408-5100
           FIRM FAX NUMBER: 212-541-5369

NEW FIRM:    FIRM NAME: Cooley LLP
           FIRM ADDRESS: 1114 Avenue of the Americas, New York, NY 10036
           FIRM TELEPHONE NUMBER: 212-479-6000
           FIRM FAX NUMBER: 212-479-6275

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: October 23, 2012

                                ATTORNEY'S SIGNATURE